DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THOMAS BURGESS a/k/a TOMAS BURGESS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1316

_____

January 31, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.